IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DELAWARE DEPT. OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL, and DAVID S. SMALL, | § § § § § | No. 552, 2015 |
| Defendants-Below, Appellants, | § § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| W. WAYNE BAKER, CHRISTIAN HUDSON, JAMIN HUDSON, JOHN F. CLARK, HOLLYVILLE FARMS, LLC, and ROUTE 24 CJ, LLC, | § § § § § § | C.A. No. S13C-08-026 |
| Plaintiffs-Below, Appellees. | § § | |

Submitted: April 13, 2016
Decided: April 15, 2016

Before **HOLLAND**, **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 15th day of April, 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its October 7, 2015 Memorandum Decision.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice